Louis M. Bubala III, Nev. Bar No. 8974
**KAEMPFER CROWELL**
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone:  (775) 852-3900
Facsimile:   (775) 327-2011
E-Mail: lbubala@kcnvlaw.com


Isabella R. Goldsmith, Nev. Bar No. 16870
**KAEMPFER CROWELL**
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:   (702) 796-7181
E-Mail: igoldsmith@kcnvlaw.com

*Attorneys for Plaintiff Chem-Dry, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHEM-DRY, INC., | Case No. 2:25-cv-01469-RFB-NJK |
| Plaintiff, | |
| vs. | |
| DESERT CARPET CLEANERS INC. and OFIR ASIS, an individual, | **STIPULATION OF DISMISSAL** |
| | **SUBMITTED IN COMPLIANCE WITH RULE 41.** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Chem-Dry, Inc. and Defendants Desert Carpet Cleaner Inc. and Ofir Asis, submit the following Stipulation of Dismissal. Plaintiff hereby dismisses the above-captioned matter without prejudice.

///

DATED January 9, 2026

KAEMPFER CROWELL

By: /s/ Louis M. Bubala III
Louis M. Bubala III
Isabella R. Goldsmith
50 W. Liberty Street, Suite 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

*Attorneys for Plaintiff Chem-Dry, Inc.*

By: /s/ Ryan Gile
Ryan Gile
1140 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Telephone: (702) 703-7288
E-Mail: rg@gilelawgroup.com

*Attorneys for Defendants Desert Carpet Cleaners Inc. and Ofir Asis.*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** January 12, 2026.

---
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**